UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-cr-00137-KJD-NJK |
| ) | CASE NO. 2:13-CR-00272-LDG-CWH |
| SEBASTIAN GHEORGHE ) | |
| ) | |
| Defendant. ) | |
| ) | |

### LETTER IN SUPPORT OF SENTENCING [DKT. 125]

Comes Now, Defendant Sebastian Gheorghe, by and through his counsel of record Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and hereby submits his letter in Support of Sentencing [Dkt. 125].

DATED: January 12, 2016.

Respectfully submitted:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563

Hello Judge my name is James Gheorghe the son of Sebastian Romeo Gheorghe. ⅋ I am 13 years old, ⅋ I have two younger sibiling. Please if you can find it in your heart to give my father another chance. He raised us by himself because my mother was never around. Now I live with my grandparents whom miss my dad too. I am a straight A student ⅋ I want to make my dad proud of me, but I cant since he is incarcerated. My Father was my best friend ⅋ I miss him so much. My little Brother Phillip is only ten years old living without a mother ⅋ FATHER! All of us in the Family miss him... So I ask again can you find it in your heart to set my Father free to give him another chance.

Sincerly — James G. ⅋
the Gheorghe Family.